## Ritter v. County Board of Education of Edmonson County.

(Decided January 16, 1913.)

## Appeal from Edmonson Circuit Court.

1. Statutes—Construction of.—Sub-section 11 of section 4426a of the Statutes does not repeal section 4437, and that part of the former opinion (150 Ky., 847) holding to the contrary is withdrawn.
2. Schools and School Districts—Board of Education—Duties as to School House Site.—As section 4437, Ky. Sts., was enacted after the deed to the school house site was obtained, the only effect it had was to make it the duty of the County Board of Education to obtain the fee to the site.

LOGAN & HAZELIP, for appellant.

GRIDER & LOGAN, for appellee.

RESPONSE TO PETITION FOR REHEARING BY JUDGE NUNN.

We held in the opinion that subsection 11 of section 4426a, by implication, repealed section 4437 of the Kentucky Statutes. Upon a reconsideration of the matter, however, we have come to conclusion that both sections may stand, and we now so hold; but this does not reverse the case. As the deed to the schoolhouse site which had been used by the district for about sixty years, was made before either of the sections of the Statutes referred to was enacted, section 4437 had no effect upon the matter, except to make it the duty of the trustees and county superintendent to secure the fee simple title to the site for the school district, which they are now directed to do by condemnation proceedings, if they cannot agree upon the price with the owners thereof. As the County Board of Education now stands in the same position as did the trustees, this duty devolves upon it and the superintendent.

The opinion is modified to this extent.